USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUNKLEY-CLAYBROOKS,

            Plaintiff,

   - against -

SHELLY'S OF NEW YORK,

            Defendant.

07 Civ. 7727 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On January 8, 2008, the Court issued an Order to Show Cause as to why the summons and complaint were not served on the defendant. The docket sheet now reflects that service was made on the defendant on December 12, 2007. (Docket No. 3.) Therefore, the Order to Show Cause is satisfied.

SO ORDERED.

Dated:    New York, New York
            January 25, 2008

                                      John G. Koeltl
                                United States District Judge