UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VELMA BUNKLEY-CLAYBROOKS,
                              Plaintiff(s),

       -against-                                              **NOTICE OF COURT CONFERENCE**

SHELLY'S OF NEW YORK,
c/o *The Fireman Hospitality Group-Café Concepts*,            07 civ 7727 (JGK)
                              Defendant(s).
------------------------------------------------------------X

To All Parties,

       You are directed to appear for a pretrial conference, to be held on **Thursday, March 6,**

**2008 at 10:30am** in Courtroom 12B, in front of the Honorable John G. Koeltl.

       **All requests for adjournments must be made in writing to the Court.**

       For any further information, please contact the Court at (212) 805-0107.

                                                        **Don Fletcher**
                                                        **Courtroom Case Manager**

Dated: New York, New York
       February 22, 2008

Copies mailed to:
 Velma Bunkley-Claybrooks
 P.O. Box 15227
 Arlington, VA 22215

 Shelly's of New York
 c/o The Fireman Hospitality Group-Café Concepts
 888 7th Avenue, Suite 203
 New York, New York 10019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2008_