```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

VELMA BUNKLEY-CLAYBROOKS,

                Plaintiff,

    - against -

SHELLY'S OF NEW YORK,

                Defendant.

---

07 Civ. 7727 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

**JOHN G. KOELTL, District Judge:**

    The plaintiff failed to appear at the conference scheduled for today, March 6, 2008. The parties are directed to appear for another conference in this matter on **March 28, 2008 at 11:30 a.m.** The plaintiff is warned that if the plaintiff fails to appear at the next scheduled conference, the case could be dismissed for failure to prosecute, in which event the plaintiff will have no trial. The plaintiff may appear at the conference by telephone. If the plaintiff wishes to appear by phone, the plaintiff should contact Mr. Fletcher at 212-805-0107.

SO ORDERED.

Dated:    New York, New York
           March 6, 2008

                                              _____
                                              John G. Koeltl
                                           United States District Judge