May 2, 2008

# MEMO ENDORSED

Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, New York 10007-1312




Velma Bunkley-Claybrooks
Plaintiff

-Against-

Shelly's of New York

07 civ 7727 (JGK)

Dear Judge Koeltl:

I am requesting an extension of 3 weeks from May 9, 2008, to obtain an attorney to represent me in the above-captioned case. The defendant's attorney, Ms. Teresa A. Gruber, has agreed to the requested extension. I also informed Mr. Don Fletcher, Courtroom Case Manager of this matter on April 30, 2008. The requested extension date is May 30, 2008.

In addition, I spoke to Ms. Gruber on May 29, and she is forwarding me a copy of the transcript

Thank you in advance.

Sincerely,

*Velma Bunkley-Claybrooks*

Velma Bunkley-Claybrooks
PO Box 15227
Arlington, Virginia 22215

Cc: Pro Se Office
    Defendant's Attorney

5/7/08
Application granted. The plaintiff is free to seek counsel to represent her at any stage in the litigation process. If the plaintiff engages counsel, she must ensure that counsel files a notice of appearance with the Clerk of Court expeditiously and sends a copy of that notice to the defendant's counsel, as well as to the chambers of the undersigned magistrate judge. The plaintiff must be mindful that, until such time as she engages counsel, she must represent herself in this action and must abide by the schedule fixed by the assigned district judge, on March 28, 2008, for the completion of the parties' pretrial activities.

SO ORDERED:

Hon. Kevin Nathaniel Fox