UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VELMA BUNKLEY-CLAYBROOKS,           :

          Plaintiff,           :

      -against-           :         ORDER
                                                         07 Civ. 7727 (JGK)(KNF)

SHELLY'S OF NEW YORK,           :

         Defendant.           :

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 14, 2008, at 10:30 a.m. Counsel to the defendant shall file a notice of appearance in this action on or before the date of the telephonic status conference. The telephonic conference shall be initiated by counsel to the defendant to (212) 805-6705.

Dated: New York, New York          SO ORDERED:
       July 1, 2008

Copies mailed to:
Velma Bunkley-Claybrooks
Teresa A. Gruber, Esq.                   KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/08