UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VELMA BUNKLEY-CLAYBROOKS,                    :

          Plaintiff,                    :

          -against-                    :

SHELLY'S OF NEW YORK,                    :

          Defendant.                    :

------------------------------------------------------------X

ORDER

07 Civ. 7727 (JGK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic status conference was held with counsel to the defendant and plaintiff pro se

on July 14, 2008. As a result of the discussion had during the conference, IT IS HEREBY

ORDERED that a settlement conference will be held with the parties on November 4, 2008, at

2:30 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York. The procedures under

which the settlement conference will be conducted are being provided to the parties with a copy

of this order.

Dated: New York, New York
       July 16, 2008

SO ORDERED:

_Kevin Nathaniel Fox_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Velma Bunkley-Claybrooks
Alysse Dawn Hopkins, Esq.