UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

VELMA SHARON BUNKLEY-CLAYBROOKS,

                Plaintiff,        07 Civ. 7727 (JGK)

     - against -               ORDER

SHELLY'S OF NEW YORK and THE FIREMAN
HOSPITALITY GROUP-CAFÉ CONCEPTS,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The defendants are requested to confirm that there is complete diversity jurisdiction in this case by **August 10, 2009**. The defendants are asked to confirm the citizenship of the plaintiff and the state of incorporation and principal place of business of each of the defendants at the time that this lawsuit was filed.

SO ORDERED.

Dated:    New York, New York
          August 6, 2009

                                                John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09